IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 5:11MJ00063 JLT |
|         Plaintiff, ) | |
| v. ) | ORDER TO UNSEAL ARREST WARRANT |
| ) | AND CRIMINAL COMPLAINT |
| SERGIO AGUILAR, ) | |
|         Defendant. ) | |

The United States of America has applied to this Court for an Order permitting it to unseal the Criminal Complaint and Arrest Warrant in the above-captioned matters. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint and Arrest Warrant in the above-entitled proceedings shall be unsealed.

DATED: December 15, 2011

JENNIFER L. THURSTON
U.S. Magistrate Judge

1

BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SERGIO AGUILAR,<br><br>        Defendant. | 5:11MJ00063 JLT<br><br>APPLICATION TO UNSEAL CRIMINAL COMPLAINT AND ARREST WARRANT |

    The United States of America hereby applies to this Court for an order unsealing the arrest warrant and criminal complaint in the above-captioned proceeding.

    This motion is based on the fact that the defendant in this matter was arrested on the criminal complaint.

Dated: December 15, 2011        Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                By:  /s/ Karen A. Escobar
                                        KAREN A. ESCOBAR
                                        Assistant U.S. Attorney