BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>SERGIO HECTOR AGUILAR,<br><br>                    Defendant. | CASE NO.  Cr  1:11-cr-00434 LJO-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on Monday, August 20, 2012, at 8:30 a.m.

2. By this stipulation, defendant now moves to continue the hearing date until September 17, 2012, at 8:30 a.m. and to exclude time between August 20, 2012, and September 17, 2012.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. Counsel for defendant desires additional time to review discovery and discuss final resolution with his client.

1

b. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 20, 2012, to September 17, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:     August 8, 2012.          Respectfully submitted,

                                                          BENJAMIN B. WAGNER
                                                          United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:     August 8, 2012.

/s/ Gary Huss
GARY HUSS
Counsel for Defendant

**O R D E R**

On October 1, 2012 the hearing will be a trial setting conference.

IT IS SO ORDERED.

Dated:   **August 8, 2012**                            **/s/ Lawrence J. O'Neill**
                                                                              UNITED STATES DISTRICT JUDGE